## Swint's Estate.

*Arthur E. Weil,* for exceptions.

*William T. Aldrich* and *Samson B. Bernstein,* contra.

PER CURIAM, Feb. 19, 1930.—We have carefully reviewed the adjudication and the exceptions thereto and find that the learned Auditing Judge's findings of fact and conclusions of law are in complete harmony with our understanding of the law, and, therefore, should not be disturbed.

The exceptions are dismissed and the adjudication is confirmed absolutely. HENDERSON, J., did not sit.